| State of Alabama<br>Unified Judicial System<br>Report #: B153297<br>Form CR-65      Rev. 11/92 | **WARRANT OF ARREST**<br>(Felonies, Misdemeanors, or Violations) | Warrant Number<br>**15-000001074**<br>Case Number |
|---|---|---|

IN THE __MUNICIPAL__ COURT OF __MADISON__, ALABAMA
(Circuit, District, or Municipal)   (Name of Municipality or County)

☐ STATE OF ALABAMA   ☒ MUNICIPALITY OF __MADISON__

v. __DOMINIQUE CORTEZ GRIFFIN__, Defendant

*COPY*

**TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:**

Probable cause has been found on Complaint filed in this Court against __DOMINIQUE CORTEZ GRIFFIN__, charging __FAILURE TO APPEAR TRAFFIC__ in violation of Ordinance Number 32-1, which embraces Section 32-1-4, Code of Alabama 1975. (TR15-0003039 DUI-CONTROLLED SUBSTANCE   HUGHES, F)

YOU ARE THEREFORE ORDERED to arrest the person named or described above. You may release the accused person without taking the accused person before a judge or magistrate if the accused person enters into a bond in the amount of $1,000.00 with one good surety approved by an authorized officer or by depositing cash or negotiable bonds in the amount with the court clerk.

Date: 11-24-15

Judge/Magistrate/Clerk: *Kevin Molt*

---

## IDENTIFICATION OF ACCUSED PERSON

| Name of Defendant | | | | | Telephone Number | |
|---|---|---|---|---|---|---|
| DOMINIQUE CORTEZ GRIFFIN | | | | | (313) | |
| Social Security Number | Date of Birth<br>1990 | Age<br>24 | Race<br>BLACK | | Sex<br>M | Height |
| DL Number | Weight | Hair | Eyes | Other<br>TAG: AL | | 2016 |
| Address | | City<br>REDFORD | | State<br>MI | Zip Code | |
| Name of Employer | | | | Employer's Telephone Number | | |
| Address | | City | | State | Zip Code | |

---

## CERTIFICATE OF EXECUTION

I, the undersigned law enforcement officer, certify that I executed the foregoing ARREST WARRANT by arresting the accused person named (or described) therein at _____ o'clock ☐ a.m. ☐ p.m., on the _____ day of _____, _____, in _____ COUNTY, ALABAMA.

After arrest, the accused person was:
☐ Released as authorized at _____ o'clock ☐ a.m. ☐ p.m., on the _____ day of _____, _____.
☐ Taken before (☐ Judge) (☐ Magistrate) at _____ o'clock ☐ a.m. ☐ p.m., on the _____ day of _____, _____.

Date _____   Signature/Title/Agency _____

---

## ACKNOWLEDGEMENT BY THE ACCUSED

☐ I hereby acknowledge that at the time of my release from custody I was directed to appear in person before the court, as follows:
Place: _____
Date: _____
Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharge.

Date _____   Signature of Accused _____

Printed: Tue Nov 24, 2015 11:22 AM

| State of Alabama<br>Unified Judicial System<br>Form CR-11    Rev. 1/96 | **APPEARANCE BOND** | Case Number |
|---|---|---|

IN THE ___MUNICIPAL___ COURT OF ___MADISON___, ALABAMA
(Circuit, District, or Municipal)   (Name of Municipality or County)

☐ STATE OF ALABAMA   ☒ MUNICIPALITY OF ___MADISON___

v. ___DOMINIQUE CORTEZ GRIFFIN___, Defendant

I, ___DOMINIQUE CORTEZ GRIFFIN___ (Defendant), as principal,

and I (we), _____
(please print)
_____, as surety(ies),

agree to pay the ☐ State of Alabama ☒ the above-named Municipality the sum of $ __$1,000.00__ (for municipal courts, this sum should not exceed $1,000) and such costs as authorized by law unless the defendant appear(s) before the above-named court on _____ (date) at _____ (time) (if date and time are unknown, the words ' the scheduled' may be placed in the date blank and a line may be placed in the space for time) and from day to day of each session thereafter until defendant is discharged by law to answer the charge of __FAILURE TO APPEAR TRAFFIC__ or any other charge as authorized by law.

If the trial is moved to another county/municipality, this undertaking is for the appearance of the defendant from day to day of each session of the court to which the defendant is removed until discharged by law.

As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a seperate writing.

Signed and sealed this date with notice that false statements are punishable as perjury.

| Signature of Defendant                                                                                      (L.S.) |
|---|
| Address (Print)                                       | State            | Zip |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
| Social Security Number (Except for Agents)   Phone   | Social Security Number (Except for Agents)   Phone |
| Address(Print)    City    State    Zip               | Address(Print)    City    State    Zip |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
| Social Security Number (Except for Agents)   Phone   | Social Security Number (Except for Agents)   Phone |
| Address(Print)    City    State    Zip               | Address(Print)    City    State    Zip |

Date _____

Approved by: Judge/Magistrate/Sheriff/Law Enforcement Officer
By: Deputy Sheriff/Law Enforcement Officer

### Defendant's Information

| Date of Birth<br>1990 | Sex<br>M | Eyes | Hair | Employer |
|---|---|---|---|---|
| Social Security Number | Race<br>BLACK | Height | Weight | Employer's Address |
| Driver's License Number | Telephone Number<br>(313) | | | Employer's Telephone Number |

☐ Property Bond    ☐ Professional Surety Bond    ☐ Cash Bond    Posted by _____

COURT RECORD: Original   DEFENDANT: Copy   SURETY: Copy            Printed: Tue Nov 24, 2015 11:22 AM

| State of Alabama<br>Unified Judicial System<br>Report #: B15003297<br>Form CR-65    Rev. 11/92 | **WARRANT OF ARREST**<br>(Felonies, Misdemeanors, or Violations) | Warrant Number<br>**15-000001075**<br>Case Number |
|---|---|---|

IN THE __MUNICIPAL__ COURT OF __MADISON__, ALABAMA
(Circuit, District, or Municipal)          (Name of Municipality of County)

☐ STATE OF ALABAMA    ☒ MUNICIPALITY OF __MADISON__

v. __DOMINIQUE CORTEZ GRIFFIN__, Defendant

**TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:**

Probable cause has been found on Complaint filed in this Court against __DOMINIQUE CORTEZ GRIFFIN__, charging __BAIL JUMPING 2ND__ in violation of Ordinance Number 24-1, which embraces Section 13A-10-40, Code of Alabama 1975. (MC15-0000752 Poss/Ownership Restrictions-Pistol HUGHES, F)

YOU ARE THEREFORE ORDERED to arrest the person named or described above. You may release the accused person without taking the accused person before a judge or magistrate if the accused person enters into a bond in the amount of $1,000.00 with one good surety approved by an authorized officer or by depositing cash or negotiable bonds in the amount with the court clerk.

Date: 11-24-15

Judge/Magistrate/Clerk: [signature]

## IDENTIFICATION OF ACCUSED PERSON

| Name of Defendant | | | | | Telephone Number |
|---|---|---|---|---|---|
| DOMINIQUE CORTEZ GRIFFIN | | | | | (313) |
| Social Security Number | Date of Birth | Age | Race | Sex | Height |
| | 1990 | 24 | BLACK | M | |
| DL Number | Weight | Hair | Eyes | Other | |
| | | | | TAG: AL 2016 | |
| Address | | City | | State | Zip Code |
| | | REDFORD | | MI | |
| Name of Employer | | | | Employer's Telephone Number | |
| Address | | City | | State | Zip Code |

## CERTIFICATE OF EXECUTION

I, the undersigned law enforcement officer, certify that I executed the foregoing ARREST WARRANT by arresting the accused person named (or described) therein at _____ o'clock ☐ a.m. ☐ p.m., on the _____ day of _____, _____, in _____ COUNTY, ALABAMA.

After arrest, the accused person was:
☐ Released as authorized at _____ o'clock ☐ a.m. ☐ p.m., on the _____ day of _____, _____.
☐ Taken before (☐ Judge) (☐ Magistrate) at _____ o'clock ☐ a.m. ☐ p.m., on the _____ day of _____, _____.

Date _____                    Signature/Title/Agency _____

## ACKNOWLEDGEMENT BY THE ACCUSED

☐ I hereby acknowledge that at the time of my release from custody I was directed to appear in person before the court, as follows:
Place: _____
Date: _____, _____.
Time: _____ o'clock ☐ a.m. ☐ p.m., and as thereafter needed until discharge.

Date _____                    Signature of Accused _____

Printed: Tue Nov 24, 2015 11:25 AM

| State of Alabama<br>Unified Judicial System<br>Form CR-11      Rev. 1/96 | **APPEARANCE BOND** | Case Number |
|---|---|---|

IN THE \_\_\_\_\_**MUNICIPAL**\_\_\_\_\_ COURT OF \_\_\_\_\_**MADISON**\_\_\_\_\_, ALABAMA
(Circuit, District, or Municipal)  (Name of Municipality or County)

☐ STATE OF ALABAMA  ☒ MUNICIPALITY OF \_\_\_\_\_**MADISON**\_\_\_\_\_

v. \_\_\_\_\_**DOMINIQUE CORTEZ GRIFFIN**\_\_\_\_\_, Defendant

I, \_\_\_\_\_**DOMINIQUE CORTEZ GRIFFIN**\_\_\_\_\_ (Defendant), as principal, and I (we), _____
(please print)
_____, as surety(ies), agree to pay the ☐ State of Alabama ☒ the above-named Municipality the sum of $ **$1,000.00** (for municipal courts, this sum should not exceed $1,000) and such costs as authorized by law unless the defendant appear(s) before the above-named court on _____ (date) at _____ (time) (if date and time are unknown, the words 'the scheduled' may be placed in the date blank and a line may be placed in the space for time) and from day to day of each session thereafter until defendant is discharged by law to answer the charge of **BAIL JUMPING 2ND** or any other charge as authorized by law.

If the trial is moved to another county/municipality, this undertaking is for the appearance of the defendant from day to day of each session of the court to which the defendant is removed until discharged by law.

As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemptions that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a seperate writing.

Signed and sealed this date with notice that false statements are punishable as perjury.

| Signature of Defendant | | | (L.S.) |
|---|---|---|---|
| Address (Print) | | State | Zip |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | |
| Social Security Number (Except for Agents)   Phone | | Social Security Number (Except for Agents)   Phone | |
| Address(Print)   City   State   Zip | | Address(Print)   City   State   Zip | |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | |
| Social Security Number (Except for Agents)   Phone | | Social Security Number (Except for Agents)   Phone | |
| Address(Print)   City   State   Zip | | Address(Print)   City   State   Zip | |

Date _____

Approved by: Judge/Magistrate/Sheriff/Law Enforcement Officer _____
By: Deputy Sheriff/Law Enforcement Officer

**Defendant's Information**

| Date of Birth<br>1990 | Sex<br>M | Eyes | Hair | Employer |
|---|---|---|---|---|
| Social Security Number | Race<br>BLACK | Height | Weight | Employer's Address |
| Driver's License Number | Telephone Number<br>(313) | | | Employer's Telephone Number |

☐ Property Bond    ☐ Professional Surety Bond    ☐ Cash Bond    Posted by _____

COURT RECORD: Original    DEFENDANT: Copy    SURETY: Copy    Printed:Tue Nov 24, 2015 11:25 AM

 

# MADISON COUNTY SHERIFFS OFFICE
## GRIFFIN, DOMINQUE CORTEZ
## BOOKING INFORMATION

☐ HIGH PROFILE   ☐ SUICIDAL   ☐ ESCAPE RISK   ☐ HOLD   Agency:

**Booking No:** MCSO15JBN012305   **MNI No:** MCSO15MNI013423   **Cell Assigned:** Cell not assigned.
**Address** :
**City, State Zip:** REDFORD, MI                                      **Telephone Number:** (313)
**SSN** :        **DOB:**         1990   **Place of Birth:**              **Citizenship:**
**DL No:**                              **City, State:** DETROIT, MICHIGAN    **County:**
**SID No:**          **Race**   **Gender**   **Height**   **Weight**   **Hair**   **Eyes**   **Build**   **Skin**   **Hand**
**FBI No:**          B          M

**Occupation:**                      **Employer :** TEMP SERVICE
                                     **Telephone:**

**Date Booked:** 10/05/2015   **Date Released:** 10/07/2015   **Searched By:** ESPINO, OSCAR
**Time Booked:** 06:12        **Time Released:** 11:25        **Printed By:** LONG, SENFRONIA DANIELLE
**Booked By:** SMITH, ALLISON ROCHELLE                         **Index File #:**
**Property Bag No:**                                           **Photo By:** LONG, SENFRONIA DANIELLE

Right Index Finger In       MNI No       Right Index Finger Out

Booking No

Inmate does hereby acknowledge receipt of all property and $_____ from the agency as correct.

**X**
**Defendant Signature**          **Date**

                                 **Officer Signature**          **Date**

**GRIFFIN, DOMINQUE CORTEZ**         **Booking No:** MCSO15JBN012305         **MNI No:** MCSO15MNI013423
**Printed On:** 10/13/2020  12:49    **User Name:** LMADISON                 Page 1 of 7