Case 1:20-cr-00174-DMT *SEALED*   Document 6   Filed 10/07/20   Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Malachi D. Lloyd a/k/a Malik a/k/a TMC Mali a/k/a Moneycounter Mali<br>*Defendant* | Case No. 1:20-cr-174-01 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Malachi D. Lloyd a/k/a Malik a/k/a TMC Mali a/k/a Moneycounter Mali ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date: 10/07/2020

/s/ Carla Schultz
*Issuing officer's signature*

City and state:   Bismarck, ND

Carla Schultz, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10-7-2020 , and the person was arrested on *(date)* 10-21-2020
at *(city and state)* Detroit, MI .

Date: 10-21-2020

*Arresting officer's signature*

Kenneth Gordon SDUSM
*Printed name and title*