- 1 -

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Malachi D. Lloyd, a/k/a Malik, a/k/a TMC Mali, a/k/a Moneycounter Mali,<br><br>　　　　　　　　　　　Defendant. | Criminal No. 1:20-cr-00174 |

### ORDER ADOPTING REPORT AND RECOMMENDATION

[¶ 1]　THIS MATTER comes before this Court on a Motion for Reconsideration of Detention Order. Doc. No. 38. Magistrate Judge Clare R. Hochhalter issued a Report and Recommendation, in which he recommends that the Defendant's Motions be denied. Doc. No. 54. The parties were given until December 25, 2020, to file an objection. Id. at p. 6. To date, no objection has been filed.

[¶ 2]　The Court has reviewed the Report and Recommendation and the entire record. The Court finds the Report and Recommendation to be persuasive and **ADOPTS** it in its entirety. Accordingly, the Defendant's Motion for Reconsideration of Detention Order (Doc. No. 38) is **DENIED**.

[¶ 3]　**IT IS SO ORDERED.**

　　　Dated December 29, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Daniel M. Traynor, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court